UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY LOUIS ALFORD,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT KERNAN,<br><br>Defendant. | No. 2:19-cv-00732-KJM-AC<br><br><br><br>ORDER |

Plaintiff initiated this now-closed case in pro se, and the case was therefore referred to the undersigned pursuant to Local Rule 302(c)(21). On October 18, 2019, plaintiff filed a First Amended Complaint (ECF No. 10) and on October 28, 2019, plaintiff filed a declaration (ECF No. 12). The district judge in this case referred the filings to the magistrate judge for review. ECF No. 13.

This case was commenced on April 29, 2019 and closed on July 23, 2019. ECF Nos. 1, 5. On screening pursuant to 28 U.S.C. § 1915(e)(2), the court dismissed the complaint with prejudice for failure to state a claim, and judgment was entered. ECF Nos. 3, 5, 6. Plaintiff's pre-judgment motion for a temporary restraining order was denied by separate order, and the district judge informed plaintiff that the case remained closed. ECF No. 9. Plaintiff's petition for mandamus, and related motions in the Court of Appeals, were all rejected. ECF No. 11.

The undersigned has carefully reviewed the amended complaint and the declaration that plaintiff recently filed in this court, and finds that neither can be construed as a motion for relief

1

from judgment. Neither document requests the re-opening of this case, provides any argument why the case should be re-opened, or presents any facts that can reasonably be construed as supporting a cognizable ground for relief from final judgment. <u>See</u> Fed. R. Civ. P. 60. There being no motion before the court, no ruling or recommendation will issue.

      Plaintiff is advised that all documents filed after the closing date will be disregarded, and no orders will issue in response to future filings.

DATED: November 6, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE